AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dimke, Mary K. | U.S. District Court, Eastern District of Washington | 01/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 1/1/2017 to 12/31/2017 |

**7. Chambers or Office Address**

25 S. 3rd Street
Yakima, WA 98907

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member - Travel Coordinator | American Legion Baseball - Richland Knights |
| 2. | Member | Dimke Properties, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dimke, Mary K. | 01/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | SSC North America, LLC - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dimke, Mary K. | 01/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet ( | Student Loan | K |
| 2. | Alex 96 LTD ( | Personal Guarantee on Business Agreement | O |
| 3. | Story Group ( | Personal Guarantee on Business Agreement | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dimke, Mary K. | 01/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | J | T | | | | | |
| 2. American Funds College 2018 Fund - 529A | A | Dividend | K | T | | | | | |
| 3. Bennett Lumber Products Inc. (common) | C | Dividend | O | U | | | | | |
| 4. Roth IRA - Acct #1 (H) | | | | | | | | | |
| 5. Hartford Cap Apprec CL A | B | Dividend | J | T | | | | | |
| 6. Hartford Dividend & Growth CL A | B | Dividend | J | T | | | | | |
| 7. Putnam Investors CL A | A | Dividend | J | T | | | | | |
| 8. Investment Account - Acct #2 (H) | | | | | | | | | |
| 9. DA Davidson BIDP | A | Interest | J | T | | | | | |
| 10. AT&T Inc (common) | A | Dividend | J | T | | | | | |
| 11. Caterpillar Inc (common) | A | Dividend | K | T | | | | | |
| 12. Emerson Electric Company (common) | A | Dividend | J | T | | | | | |
| 13. Exxon Mobil Corp (common) | A | Dividend | J | T | | | | | |
| 14. General Electric Company (common) | A | Dividend | J | T | | | | | |
| 15. Intel Corp (common) | A | Dividend | J | T | | | | | |
| 16. Intl Business Machines Corp (common) | A | Dividend | K | T | | | | | |
| 17. Johnson & Johnson (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dimke, Mary K. | 01/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. McDonalds Corp (common) | A | Dividend | K | T | | | | | |
| 19. Pepsico Inc (common) | A | Dividend | K | T | | | | | |
| 20. Proctor & Gamble Company (common) | A | Dividend | J | T | | | | | |
| 21. United Technologies Corp (common) | A | Dividend | K | T | | | | | |
| 22. Walt Disney Co (common) | A | Dividend | J | T | | | | | |
| 23. Wells Fargo & Co New (common) | A | Dividend | J | T | | | | | |
| 24. DA Davidson Managed Acct - MGD Assets MFP Elite Cap App - Acct #3 (H) | | | | | | | | | |
| 25. DA Davidson BIDP | A | Interest | J | T | | | | | |
| 26. Vanguard FTSE Developed Mkts ETF | A | Dividend | K | T | | | | | |
| 27. Vanguard Growth ETF | A | Dividend | K | T | | | | | |
| 28. Vanguard Value ETF | A | Dividend | K | T | Buy (add'l) | 03/14/17 | J | | |
| 29. Poplar Forests Partners Instl CL | A | Dividend | K | T | Buy (add'l) | 03/14/17 | J | | |
| 30. Invesco Intl Growth CL A | A | Dividend | K | T | | | | | |
| 31. CreditSuisse Commodity Return Strategy Instl CL | A | Dividend | J | T | | | | | |
| 32. Eaton Vance Parametric Emerging Markets Instl CL | A | Dividend | J | T | | | | | |
| 33. JP Morgan Mid Cap Value Select CL | A | Dividend | J | T | | | | | |
| 34. Goldman Sachs Growth Opptys Instl CL | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dimke, Mary K. | 01/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds International Growth & Income CL F2 | A | Dividend | K | T | | | | | |
| 36. John Hancock Disciplined Value CL I | B | Dividend | K | T | | | | | |
| 37. JP Morgan Core Bond CL A | A | Dividend | K | T | | | | | |
| 38. Clearbridge Small Cap Growth CL I | A | Dividend | J | T | Buy (add'l) | 03/14/17 | J | | |
| 39. Mainstay Floating Rate CL I | A | Dividend | J | T | | | | | |
| 40. Pioneer Fundamental Growth CL Y | A | Dividend | K | T | Sold (part) | 03/14/17 | J | | |
| 41. T Rowe Price Blue Chip Growth | A | Dividend | K | T | Sold (part) | 03/15/17 | J | | |
| 42. Templeton Global Bond Advisor CL | A | Dividend | J | T | | | | | |
| 43. Foundry Partners Fundamental Small Cap Value Instl CL | A | Dividend | J | T | Buy (add'l) | 03/14/17 | J | | |
| 44. Trust #1 - Income Beneficiary (one of several) (H) | | | | | | | | | |
| 45. Umpqua Bank Acct | | None | J | T | | | | | |
| 46. Umpqua Money Market Acct | A | Interest | L | T | | | | | |
| 47. Edward Jones Money Market Acct | A | Interest | J | T | | | | | |
| 48. American Funds Capital Income Builder CL A | B | Dividend | L | T | | | | | |
| 49. American Funds Capital Grw & Inc Fund A | D | Dividend | L | T | | | | | |
| 50. American Funds Income Fund of America CL A | C | Dividend | L | T | | | | | |
| 51. American Funds Washington Mutual Invs Funds CL A | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dimke, Mary K. | 01/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Residential Property, Clarkston, Asotin County, WA | D | Rent | N | U | | | | | |
| 53. SSC North America LLC (common stock) Appraisal Date: 3/3/2015 | | None | P2 | Q | | | | | |
| 54. SSC Logistics, Inc. (common stock) | | None | J | U | Buy | 05/02/17 | J | | |
| 55. Dimke Properties LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dimke, Mary K. | 01/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset #34 exchanged class A shares for institutional class shares of the mutual fund.

Asset #25 is a duplicate of asset #9, but is located in two seperate brokerage accounts.  In the prior year, this was listed once as asset #9.

Asset #54 - The corporation was formed in 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary K. Dimke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544